# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2013

### NO. 03-11-00658-CR

**David Preston Campbell, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
DISMISSED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction entered by the trial court on September 12, 2011. Having reviewed the record, it appears that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.